

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Suite 101
Harrisburg, PA 17102
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
Clerk of Court

October 30, 2025

**Uncensored America**
**PO Box 5696**
**Santa Monica, CA 90405**

RE:    Uncensored America, et al v. The Pennsylvania State University, et al /4:25-cv-2038

Dear Pro Se Plaintiff:

The court has received your documents and assigned it to the case number above. Please use this number in all future pleadings and correspondence regarding this case.

Since you have paid the filing fee, as plaintiff, you must now serve the complaint on the defendants in accordance with Fed. R. Civ. P. 4 or obtain waivers of service under Fed. R. Civ. P. 4(d) from the defendants.

Pro Se plaintiffs are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff changes his or her address while the lawsuit is being litigated, the plaintiff shall immediately inform the court of the change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following address:

Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Suite 101
Harrisburg, PA 17102

Sincerely,
PETER WELSH, Clerk of Court
By: AAA
Deputy Clerk

[ X ]    Complaint          [ ]   Notice of Removal



**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA**

Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Suite 101
Harrisburg, PA 17102
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
**Clerk of Court**

October 30, 2025

Sean Semanko
PO Box 5696
Santa Monica, CA 90405

RE:  Uncensored America, et al v. The Pennsylvania State University, et al /4:25-cv-2038

Dear Pro Se Plaintiff:

The court has received your documents and assigned it to the case number above. Please use this number in all future pleadings and correspondence regarding this case.

Since you have paid the filing fee, as plaintiff, you must now serve the complaint on the defendants in accordance with Fed. R. Civ. P. 4 or obtain waivers of service under Fed. R. Civ. P. 4(d) from the defendants.

Pro Se plaintiffs are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff changes his or her address while the lawsuit is being litigated, the plaintiff shall immediately inform the court of the change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following address:

Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Suite 101
Harrisburg, PA 17102

Sincerely,
PETER WELSH, Clerk of Court
By: AAA
Deputy Clerk

[ X ]  Complaint        [  ]  Notice of Removal