IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNCENSORED AMERICA, et al., | : Civil No. 4:25-CV-2038 |
| | : |
| Plaintiffs, | : |
| | : (Chief Judge Brann) |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| THE PENNSYLVANIA | : |
| STATE UNIVERSITY, et al., | : |
| | : |
| Defendants. | : |

## REPORT AND RECOMMENDATION

The *pro se* plaintiffs filed this action against the defendants on October 29, 2025, and were issued a summons for service.[1]  On March 18, 2026, we entered an order directing the plaintiffs to show cause as to why this case should not be dismissed for failure to affect proper service on the defendants in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.[2]  A review of the docket indicates that the plaintiffs have not responded to our order, and the deadline for responding has passed.

Accordingly, in accordance with Rule 4(m), IT IS RECOMMENDED

---

[1] Docs. 1, 2.

[2] Doc. 4.

THAT that this matter be DISMISSED WITHOUT PREJUDICE for failure to effect proper service on the defendants.

The parties are further placed on notice that pursuant to Local Rule 72.3:

> Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof. Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record. The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

Submitted this 7th day of April 2026.

s/ Daryl F. Bloom
Daryl F. Bloom
Chief United States Magistrate Judge

2