# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNCENSORED AMERICA, *et al.*, | No. 4:25-CV-02038 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | (Magistrate Judge Bloom) |
| THE PENNSYLVANIA STATE UNIVERSITY, *et al.*, | |
| Defendants. | |

## ORDER

### MAY 21, 2026

Uncensored America and Sean Semanko filed this civil rights complaint alleging that several individuals violated their free speech rights with regard to controversial events on the Penn State University campus.[1] On April 7, 2026, Chief Magistrate Judge Daryl F. Bloom issued a Report and Recommendation recommending that this Court dismiss without prejudice the pending complaint based upon Plaintiffs' failure to respond to a show cause order related to improper service.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections

---

[1] Doc. 1.

[2] Doc. 5.

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error, clear or otherwise, in Chief Magistrate Judge Bloom's recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1.    Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation (Doc. 5) is **ADOPTED**;

2.    Plaintiffs' complaint (Doc. 1) is **DISMISSED** without prejudice; and

3.    The Clerk of Court is directed to terminate all defendants and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4]    28 U.S.C. § 636(b)(1); Local Rule 72.31.